UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MCCOOL, ROBERT C. § Case No. 10-35761 MB
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE U.S. BANKRUPTCY COURT
          219 S. DEARBORN STREET
          CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/05/2012 in Courtroom 250,
          United States Courthouse
          Old Kane County Courthouse
          100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MCCOOL, ROBERT C. § Case No. 10-35761 MB
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,000.43 |
| and approved disbursements of | $ | 15.29 |
| leaving a balance on hand of[1] | $ | 11,985.14 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,950.04 | $ 0.00 | $ 1,950.04 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 4,919.50 | $ 0.00 | $ 4,919.50 |
| Other: JIM LEDUC | $ 500.00 | $ 0.00 | $ 500.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,369.54 |
| Remaining Balance | | $ | 4,615.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 72,039.09 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Department of the Treasury | $ 53,792.73 | $ 0.00 | $ 3,446.54 |
| 7B | Illinois Department of Revenue | $ 18,246.36 | $ 0.00 | $ 1,169.06 |

Total to be paid to priority creditors $ 4,615.60

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 82,724.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 10,654.16 | $ 0.00 | $ 0.00 |
| 2 | American InfoSource,agent for Citibank | $ 393.30 | $ 0.00 | $ 0.00 |
| 3 | Chase Bank USA, N.A. | $ 5,222.69 | $ 0.00 | $ 0.00 |
| 5 | AdvanceMe Inc. | $ 27,296.31 | $ 0.00 | $ 0.00 |
| 6 | FIA Card Serv./Bank of America | $ 29,584.32 | $ 0.00 | $ 0.00 |
| 7A | Illinois Department of Revenue | $ 2,430.20 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Supreme Lobster | $ 7,143.83 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                    Case No. 10-35761-MB
Robert C. McCool                                          Chapter 7
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1       User: froman              Page 1 of 3        Date Rcvd: Dec 16, 2011
                           Form ID: pdf006           Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2011.
db           +Robert C. McCool,    440 Danuta Ct.,    Geneva, IL 60134-1086
15977134     +ADT Security Services,    POB 371967,    Pittsburgh, PA 15250-7967
15977136     +Alarm Detection Services,    1111 Church Rd.,    Aurora, IL 60505-1905
17542483      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
15977137     +Bacon's Pest Control,    1106 Vienne Blvd.,    DeKalb, IL 60115-2657
15977138      Bank of America,   POB 851001,    Dallas, TX 75285-1001
15977140     +Chase Bank,   POB 15153,    Wilmington, DE 19886-5153
16736813      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15977141     +City of Geneva,   22 S. First St.,    Geneva, IL 60134-2291
15977154      Department of the Treasury,    Internal Revenue Service,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
15977143      Dish TV,   Dept 0063,    Mount Prospect, IL 60056
15977144     +Eco Lab, Inc.,   POB 70343,    Chicago, IL 60673-0343
15977145      Facilitec,   3851 Clearview Ct.,    Hebron, IL 60034
15977146     +First Equity Card Co.,    POB 23029,    Columbus, GA 31902-3029
15977147     +Fortune Fish,   1068 Thorndale Ave.,    Bensenville, IL 60106-1142
15977148     +Get Fresch Produce, Inc.,    1441 Brewster Creek Blvd.,    Bartlett, IL 60103-1695
15977149     +Giagnorio & Robertelli, Ltd.,    130 S. Bloomingdale Rd.,    POB 726,   Bloomingdale, IL 60108-0726
15977150     +H2Vino,   560 W. Roscoe, Ste. B,    Chicago, IL 60657-3529
15977151      HSBC Card Services,    POB 17051,    Baltimore, MD 21297-1051
17270173    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
               100 W. Randolph St. #7-400,    Chicago, IL 60601)
15977153     +Illinois Director of Employment,    33 S. State St. 10th Fl.,    Chicago, IL 60603-2803
15977156      PLS Check Chash,   305 W. Indian Trail Rd., Ste. E,    Aurora, IL 60506
15977157      Resurrection LLC,    Herb Miller, President,   115 S. 5th Ave., Unit B,   Saint Charles, IL 60174
15977158      Route 59 & Geneva GA,    151 N. Nelna Blvd.,    West Chicago, IL 60185
15977159      Sharon M. McCool,    490 Danuta Ct.,    Geneva, IL 60134
15977160     +Southern Wine & Spirits,    300 E. Crossroads Parkway,    Bolingbrook, IL 60440-3516
15977161     +Suburban Life,   1101 W. 31st St., Ste. 100,    Downers Grove, IL 60515-5581
15977162     +Supreme Lobster,   220 E. North Ave.,    Villa Park, IL 60181-1207
15977163      Sysco Food Services,    2150 Wieboldt Dr.,    Des Plaines, IL 60016
15977164     +Tri-City Currency Exchange,    615 S. Randall Rd.,    Unit 7,   Saint Charles, IL 60174-1564
15977165     +Tri-City Currency Exchange,    615 S. Randall Unit 7,    Saint Charles, IL 60174-1564
15977166     +Veolia,   1660 Hubbard Ave., 1st fl.,    Batavia, IL 60510-1571
15977167     +Wells Fargo Bank, NA,    Codilis & Associates PC,   15W030 North Frontage Road Suite 100,
               Burr Ridge, IL 60527-6921
15977168      Wells Fargo Home Mortgage,    POB 5296,    Carol Stream, IL 60197-5296
15977169     +West Suburban Living,    775 Church Rd.,    POB 111,   Elmhurst, IL 60126-0111
15977170     +Your Tax Team,   POB 940,    Batavia, IL 60510-0940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15977135     +E-mail/Text: rklepak@capitalaccessnetwork.com Dec 17 2011 02:31:57     AdvanceMe Inc.,
               2015 Vaughan Rd.,    Building 500,   Kennesaw, GA 30144-7831
16725175      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 17 2011 05:05:19
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK   73124-8840
15977154      E-mail/Text: cio.bncmail@irs.gov Dec 17 2011 02:26:49     Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
15977142      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 17 2011 04:56:05     Discover,   POB 6103,
               Carol Stream, IL 60197-6103
16698200      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 17 2011 04:56:05     Discover Bank,
               Discover Products Inc.,    PO Box 3025,   New Albany, OH  43054-3025
17156736      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 17 2011 05:05:17
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK   73124-8809
15977155     +E-mail/Text: bankrup@nicor.com Dec 17 2011 02:29:11     NICOR - Northern IL Gas Co.,
               Attn: Bank. & Collections,    POB 549,   Aurora, IL 60507-0549
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15977152*   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept. of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph St.,   Chicago, IL 60606)
15977139    ##+Biltmore Refrigeration,    1522 Jarvis,   Elk Grove Village, IL 60007-2402
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: froman              Page 2 of 3              Date Rcvd: Dec 16, 2011
                              Form ID: pdf006           Total Noticed: 42

               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 18, 2011**            **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: froman              Page 3 of 3                   Date Rcvd: Dec 16, 2011
                               Form ID: pdf006           Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2011 at the address(es) listed below:
         Gloria C  Tsotsos    on behalf of Creditor  Wells Fargo Bank NA nd-three@il.cslegal.com
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
         Roy  Safanda, Esq    on behalf of Debtor Robert McCool rsafanda@xnet.com
         Thomas E Springer    on behalf of Trustee Thomas Springer tspringer@springerbrown.com,
         jkrafcisin@springerbrown.com
         Thomas E Springer     tspringer@springerbrown.com,
         tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                       TOTAL: 5