UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCCOOL, ROBERT C. | § | Case No. 10-35761 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) |  |  |  |  |
|   PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-35761    Doc 49    Filed 07/24/12    Entered 07/24/12 11:31:38    Desc Main
          Document      Page 3 of 13

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo Bank, NA POB 4233 Portland, OR 97208-4233 |  |  |  |  |  |
|  | Wells Fargo Home Mortgage POB 5296 Carol Stream, IL 60197-5296 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| BANK OF AMERICA | | | | | |
| THOMAS E. SPRINGER | | | | | |
| JIM LEDUC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept. of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60606 | | | | | |
| | Illinois Director of Employment 33 S. State St. 10th Fl. Chicago, IL 60603 | | | | | |
| | Internal Revenue Service 230 S. Dearborn St., Mail Stop 5010 CHI Chicago, IL 60604 | | | | | |
| 4 | Department Of The Treasury | | | | | |
| 7B | Illinois Department Of Revenue | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services POB 371967 Pittsburgh, PA 15250 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance Mc Inc. 2015 Vaughan Rd. Ste,. 5001 Kennesaw, GA 30144 | | | | | |
| | Alarm Detection Services 1111 Church Rd. Aurora, IL 60505 | | | | | |
| | Bacon's Pest Control 1106 Vienne Blvd. DeKalb, IL 60115 | | | | | |
| | Bank of America POB 851001 Dallas, TX 75285-1001 | | | | | |
| | Biltmore Refrigeration 1522 Jarvis Elk Grove Village, IL 60007 | | | | | |
| | Chase Bank POB 15153 Wilmington, DE 19886 | | | | | |
| | City of Geneva 22 S. First St. Geneva, IL 60134 | | | | | |
| | Discover POB 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Dish TV Dept 0063 Mount Prospect, IL 60056 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Eco Lab, Inc. POB 70343 Chicago, IL 60673 | | | | | |
| | Facilitec 3851 Clearview Ct. Hebron, IL 60034 | | | | | |
| | First Equity Card Co. POB 23029 Columbus, GA 31829 | | | | | |
| | Fortune Fish 1068 Thorndale Ave. Bensenville, IL 60106 | | | | | |
| | Get Fresch Produce, Inc. 1441 Brewster Creek Blvd. Bartlett, IL 60103 | | | | | |
| | Giagnorio & Robertelli, Ltd. 130 S. Bloomingdale Rd. POB 726 Bloomingdale, IL 60108 | | | | | |
| | H2Vino 560 W. Roscoe, Ste. B Chicago, IL 60657 | | | | | |
| | HSBC Card Services POB 17051 Baltimore, MD 21297-1051 | | | | | |
| | NICOR - Northern IL Gas Co. Attn: Bank. & Collections POB 549 Aurora, IL 60507 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PLS Check Chash 305 W. Indian Trail Rd., Ste. E Aurora, IL 60506 | | | | | |
| | Resurrection LLC Herb Miller, President 115 S. 5th Ave., Unit B Saint Charles, IL 60174 | | | | | |
| | Route 59 & Geneva GA 151 N. Nelna Blvd. West Chicago, IL 60185 | | | | | |
| | Southern Wine & Spirits 300 E. Crossroads Parkway Bolingbrook, IL 60440 | | | | | |
| | Suburban Life 1101 W. 31st St., Ste. 100 Downers Grove, IL 60515 | | | | | |
| | Supreme Lobster 220 E. North Ave. Villa Park, IL 60181 | | | | | |
| | Sysco Food Services 2150 Wieboldt Dr. Des Plaines, IL 60016 | | | | | |
| | Tri-City Currency Exchange 615 S. Randall Rd. Unit 7 Saint Charles, IL 60174 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tri-City Currency Exchange 615 S. Randall Unit 7 Saint Charles, IL 60174 | | | | | |
| | Veolia 1660 Hubbard Ave., 1st fl. Batavia, IL 60510 | | | | | |
| | West Suburban Living 775 Church Rd. POB 111 Elmhurst, IL 60126 | | | | | |
| | Your Tax Team POB 940 Batavia, IL 60510 | | | | | |
| 5 | Advanceme Inc. | | | | | |
| 7A | Illinois Department Of Revenue | | | | | |
| 8 | Supreme Lobster | | | | | |
| 2 | American Infosource Lp As Agent For | | | | | |
| 3 | Chase Bank Usa, N.A. | | | | | |
| 1 | Discover Bank | | | | | |
| 6 | Fia Card Services, Na/Bank Of Ameri | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 10-35761 | MB | Judge: Manuel Barbosa | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | MCCOOL, ROBERT C. | | | Date Filed (f) or Converted (c): | 08/10/10 (f) |
| | | | | 341(a) Meeting Date: | 09/08/10 |
| For Period Ending: | 06/29/12 | | | Claims Bar Date: | 04/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residence<br>*440 Danuta Ct.<br>Geneva, IL 60134<br>Owned jointly with nonfiling spouse<br>*per amended petition; original petition incorrrectly listed house number as "490" | 240,000.00 | Unknown | | 12,000.00 | Unknown |
| 2. Cash (u) | 3.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking, Chase, Geneva, IL | 60.00 | 0.00 | DA | 0.00 | FA |
| 4. 1/2 Ordinary contents of 4 bedroom home | 750.00 | 0.00 | DA | 0.00 | FA |
| 5. One adult | 600.00 | 0.00 | DA | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.63 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $241,413.00 | $0.00 | | $12,000.63 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating the value of the real estate. If there is equity in real estate, the Trustee will need to file an adversary case to avoid a pre-petition judgment lien as a preference and will also need to file an adversary case to avoid the post-petition lien filed the Illinois Department of Revenue.

Initial Projected Date of Final Report (TFR): 06/15/13    Current Projected Date of Final Report (TFR): 06/15/13

LFORM1    Ver: 16.06b

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**     Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 10-35761 -MB | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | MCCOOL, ROBERT C. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0973 MONEY MARKET |
| Taxpayer ID No: | *******9356 | | |
| For Period Ending: | 06/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/20/11 | 1 | Robert McCool (Debtor) | Debtor's purchase of Estates interest in property | 1110-000 | 12,000.00 | | 12,000.00 |
| 07/29/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.02 | | 12,000.02 |
| 08/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,000.13 |
| 09/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,000.23 |
| 10/31/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,000.33 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.29 | 11,985.04 |
| 11/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,985.14 |
| 12/30/11 | 6 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 11,985.24 |
| 01/31/12 | 6 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 11,985.34 |
| 01/31/12 | | Transfer to Acct #*******1040 | Final Posting Transfer | 9999-000 | | 11,985.34 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,000.63 | 12,000.63 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 11,985.34 | |
| Subtotal | 12,000.63 | 15.29 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 12,000.63 | 15.29 | |

Page Subtotals     12,000.63     12,000.63

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35761 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | MCCOOL, ROBERT C. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1040  GENERAL CHECKING |
| Taxpayer ID No: | *******9356 | | | |
| For Period Ending: | 06/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/31/12 | | Transfer from Acct #*******0973 | Transfer In From MMA Account | 9999-000 | 11,985.34 | | 11,985.34 |
| 01/31/12 | 001000 | THOMAS E. SPRINGER, TRUSTEE 400 S. County Farm Road Suite 330 Wheaton, IL  60187 | Chapter 7 Compensation/Expense | 2100-000 | | 1,950.03 | 10,035.31 |
| 01/31/12 | 001001 | Thomas E. Springer 400 S. County Farm Road Suite 330 Wheaton, IL  60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,919.50 | 5,115.81 |
| 01/31/12 | 001002 | JIM LEDUC Ryan Hill Realty 15 W. Jefferson Street Naperville, IL  60540 | Realtor for Trustee Fees (Real Esta | 3510-000 | | 500.00 | 4,615.81 |
| 01/31/12 | 001003 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 4, Payment 6.40737% | 5800-000 | | 3,446.70 | 1,169.11 |
| 01/31/12 | 001004 | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph St. #7-400 Chicago, IL 60601 | Claim 7B, Payment 6.40736% | 5800-000 | | 1,169.11 | 0.00 |

Page Subtotals    11,985.34    11,985.34

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-35761 -MB | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MCCOOL, ROBERT C. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1040  GENERAL CHECKING |
| Taxpayer ID No: | *******9356 | | | |
| For Period Ending: | 06/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 11,985.34 | 11,985.34 | 0.00 |
| | | | Less: Bank Transfers/CD's | 11,985.34 | 0.00 | |
| | | | Subtotal | 0.00 | 11,985.34 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 11,985.34 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********0973 | 12,000.63 | 15.29 | 0.00 |
| GENERAL CHECKING - ********1040 | 0.00 | 11,985.34 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 12,000.63 | 12,000.63 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*